UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ADIL FAUZI MOUSA NEKOLAS,
A97916623,

                      Petitioner,

                                                            ORDER
          v.                                            06-CV-0054A

ALBERTO GONZALES, ATTORNEY GENERAL
OF THE UNITED STATES and
U.S. DEPARTMENT OF HOMELAND SECURITY,

                      Respondents.

---

        Petitioner has requested an extension of time to file objections to the Report and Recommendation of Magistrate Judge Hugh B. Scott filed on May 10, 2006. The Court grants petitioner's request. Any objections to Magistrate Judge Scott's Report and Recommendation shall be filed with the Court on or before June 19, 2006.

        IT IS SO ORDERED.

                                        /s/ Richard J. Arcara
                                  HONORABLE RICHARD J. ARCARA
                                  CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT

DATED: May 26,2006